Don A. Hernandez (CA Bar No. 125119)
Don_Hernandez@gshllp.com
GONZALEZ SAGGIO & HARLAN LLP
2 North Lake Avenue
Suite 930
Pasadena, CA 91101
Telephone: (626) 440-0022
Facsimile: (626) 628-1725

Mark L. Seigel, *admitted pro hac vice*
mark@sladlaw.com
Jeffrey B. Sladkus, *admitted pro hac vice*
jeff@sladlaw.com
THE SLADKUS LAW GROUP
1827 Powers Ferry Rd.
Building 6, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 395-5920
Facsimile: (770) 395-5921

Attorneys for Defendant and Counter-Plaintiff Roberto Cavalli S.p.A.

[Additional Counsel listed on Signature Page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTO SHAHMAGHSOUDI (SCHOOL OF ISLAMIC SUFISM) GLOBAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERTO CAVALLI, S.P.A., <br><br> Defendant. | Case No.: 2:14-CV-07810 CAS (JPR) <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff/Counterclaim Defendant MTO SHAHMAGHSOUDI (SCHOOL OF ISLAMIC SUFISM) GLOBAL, INC. and Defendant/Counterclaim Plaintiff ROBERTO CAVALLI, S.P.A., pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted in this action.

Date: January 22, 2016

/s/ *Mark L. Seigel*
Mark L. Seigel, *admitted pro hac vice*
mark@sladlaw.com
Jeffrey B. Sladkus, *admitted pro hac vice*
jeff@sladlaw.com
THE SLADKUS LAW GROUP
1827 Powers Ferry Rd.
Building 6, Suite 200
Atlanta, Georgia 30339
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

Don A. Hernandez (CA Bar No. 1125119)
Don_Hernandez@gshllp.com
GONZALEZ SAGGIO & HARLAN LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone: (626) 440-0022
Facsimile: (626) 628-1725

*Attorneys for Defendant and Counterclaimant Roberto Cavalli, S.p.A.*

1  Date: January 22, 2016          /s/ Levi W. Heath
2                                  Levi W. Heath
                                    levi.heath@btlaw.com
3                                  David W. Nelson
4                                   david.nelson@btlaw.com
                                    BARNES & THORNBURG LLP
5                                  2029 Century Park East
                                    Suite 300
6                                  Los Angeles, CA 90067
7                                  Tel: (310) 284-3770
                                    Fax: (310) 284-3894
8
9                                  *Attorneys for Plaintiff and Counter-Defendant*
                                    *MTO Shahmaghsoudi (School Of Islamic Sufism)*
10                                  *Global, Inc.*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE No. 2:14-CV-07810 CAS (JPR)